UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**KENT RAY, et al.**,

    **Plaintiffs,**

v.

**YUSUF MOHAMMAD ALI, et al**,

    **Defendants.**        No. 13-cv-1102-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on August 28, 2014, and December 15, 2014, this case is **DISMISSED** with prejudice.

                JUSTINE FLANAGAN,
                ACTING CLERK OF COURT

                BY:    /s/*Cheryl A. Ritter*
                          **Deputy Clerk**

Dated: December 17, 2014

Digitally signed by
David R. Herndon
Date: 2014.12.17
11:36:36 -06'00'

APPROVED:
        U. S. DISTRICT JUDGE